UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE DUGAR, et al**<br><br>Plaintiffs,<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al**<br><br>Defendants. | :<br>:<br>:<br>:<br>:  CA No.: 1: 05 CV 01500<br>:  Judge Kennedy<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF SERVICE

Michael J. Kopp, being duly sworn, states as follows:

1. My name is Michael J. Kopp, I am 22 years old and I am not a party to this action.

2. My business address is:
   1050 17th Street, Suite 1250
   Washington, DC 20036

3. On November 21, 2005, I effected service on the Washington Metropolitan Area Transit Authority in the above captioned case at its headquarters at 600 Fifth Street, NW, Washington, DC 20001, by personally delivering a copy of the Summons, Amended Complaint, and Initial Order to Tonya Price, legal secretary, who represented to me that she was authorized to receive such documents on behalf of the Washington Metropolitan Area Transit Authority's registered agent.

I hereby affirm and declare under the penalty of perjury that the foregoing Affidavit is true and correct to the best of my knowledge, information and belief.

*/s/ Michael J. Kopp*
_____
Michael J. Kopp