## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE DUGAR, et al** : | |
| : | |
| : | |
| : | |
| Plaintiffs, : | Case No.:  1: 05 CV 01500 |
| : | Judge Kennedy |
| v. : | |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY, et al** : | |
| : | |
| Defendants. : | |
| : | |

## MOTION TO ENLARGE TIME IN WHICH TO EFFECT SERVICE

The Plaintiffs, by and through their attorney, move to extend the time in which to effect service provided by Rule 4(m) of the Federal Rules of Civil Procedure.  In support of this motion, plaintiffs rely on the accompanying memorandum of points and authorities.

Wherefore, plaintiffs seek an enlargement of time in which to effect service by 45 days, as well as any further relief that the Court deems appropriate.

Respectfully submitted,


_____/s/_____
Kenneth M. Trombly, #199547
1050 17th Street, N.W.
Suite 1250
Washington, D.C. 20036
(202) 887-5000

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| **DEBBIE DUGAR, et al** | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | Case No.: 1: 05 CV 01500 |
| | : | Judge Kennedy |
| v. | : | |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY, et al** | : | |
| | : | |
| Defendants. | : | |

_____ :

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENLARGE TIME IN WHICH TO EFFECT SERVICE

This lawsuit arises out of an automobile accident that occurred on August 2, 2002 when a bus that is owned and operated by the Washington Metropolitan Area Transit Authority [WMATA] collided with an automobile being driven by Mr. Johnny Stinson, an employee of the U.S. Secret Service.  Because the three year statute of limitations was about to run on the claim against WMATA, the undersigned filed suit against that defendant.  Because the administrative procedures under the Federal Tort Claims Act had not been completed, the Secret Service was not included in the lawsuit.  However, in the event that Mr. Stinson's scope of employment was disputed by the Secret Service, he was also added as a defendant.

In the hope that the administrative claims process would be concluded before the time for service under FRCP Rule 4(m) expired, we deferred serving the defendants until recently when we were advised that the filing of the lawsuit would result in the Secret Service transferring the file to the U.S. Department of Justice for handling.  Accordingly,

WMATA was recently served with the summons and complaint. However, efforts to serve Mr Stinson at his home addresses or at his last known work address were not fruitful. Accordingly, we seek an additional 45 days in which to effect service on Mr Stinson. Alternatively, if the U.S. Government stipulates that Mr. Stinson was acting within the scope of his employment at the time of the accident, then we will dismiss him as a party.

Wherefore, plaintiffs seek an enlargement of time in which to effect service by 45 days, as well as any further relief that the Court deems appropriate. The time for service as set out in FRCP Rule 4(m) has not previously been extended in this case.

Respectfully submitted,

_____/s/_____
Kenneth M. Trombly, #199547
1050 17th Street, N.W.
Suite 1250
Washington, D.C. 20036
(202) 887-5000

Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that true copies of the foregoing plaintiff's motion to enlarge time in which to effect service, and memorandum of points and authorities to defendant Washington Metropolitan Area Transit Authority was transmitted via fax and mailed first class postage prepaid this 22 day of November, 2005 to:

WMATA
Office of General Counsel
600 Fifth St., NW
Washington, DC 20001

Attorney for Defendant

_____/s/_____
Kenneth M. Trombly

5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| **DEBBIE DUGAR, et al** | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | Case No.: 1: 05 CV 01500 |
| | : | Judge Kennedy |
| v. | : | |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY, et al** | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**<u>ORDER</u>**

The matter having come before the Court in connection with plaintiffs' motion to enlarge time in which to effect service, it appearing that good cause exists for the granting of the motion, it is this _____day of _____ 2005,

ORDERED, that plaintiffs shall have an additional forty-five (45) days in which to effect service.

_____
UNITED STATES DISTRICT JUDGE

Copies:
Kenneth M. Trombly
1050 17th Street, NW
Washington, DC 20036

WMATA Office of General Counsel
600 Fifth Street, NW"
Washington DC 20001