**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DEBBIE DUGAR,** *et al.* | * |
| | * |
|     **Plaintiff,** | * Case No. 1:05-CV-01500 |
| **v.** | * (HHK) |
| | * |
| | * |
| | * |
| | * |
| **WASHINGTON METROPOLITAN AREA** | * |
| **TRANSIT AUTHORITY,** *et al.* | * |
| | * |
|     **Defendants.** | * |

**DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S ANSWER TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant Washington Metropolitan Area Transit Authority (WMATA) and answers the Complaint herein as follows:

**FIRST DEFENSE**

1-7. WMATA admits the allegations of paragraph 1 through 7 of the complaint, except denies it is a municipal corporation. WMATA is without information or knowledge at this time sufficient to form a belief as to whether or not the bus was traveling on the 700 block of 11th Street, N.W. at the time of the accident.

8. WMATA admits the allegations of negligence set forth in paragraph 8 of the complaint as to Defendant Stinson, but denies all allegations of negligence regarding it or its bus operator.

9. WMATA denies the allegations of paragraphs 9.

**SECOND DEFENSE**

WMATA will rely upon the affirmative defenses of contributory negligence and\or assumption of risk, if discovery discloses a basis therefore.

**THIRD DEFENSE**

Defendant reserves the right to assert that if plaintiffs were injured as alleged in their Complaint, said injuries were the result of the acts of Defendant John G. Stinson only and not WMATA or any of its agents or employees acting within the scope of their employment.

**FOURTH DEFENSE**

Defendant WMATA reserves the right to raise any defense which the evidence in discovery or trial may reveal.

WHEREFORE, having fully answered the Complaint, defendant WMATA requests this matter be dismissed and it be awarded the costs of responding to this suit.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Carol B. O'Keeffe #445277
General Counsel

Mark F. Sullivan #430876
Deputy General Counsel

---

Fredric H. Schuster, #385326
Attorneys for Defendant (WMATA)
600 Fifth Street, N.W.

```
                    Washington, D.C. 20001
                    (202)962-2560
```

**DEMAND FOR JURY TRIAL**

Defendant respectfully requests a jury on all issues so triable.

```
                              _____
                              Fredric H. Schuster, #385326
```

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Defendant WMATA's Answer to Plaintiff's Complaint** was electronically mailed this 8th day of December, 2005, to:

Kenneth M. Trombly, Esquire
1050 17th Street, N.W.
Suite 1250
Washington, D.C. 20036

```
                              _____
                              Fredric H. Schuster
```