AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

| Debbie Dugar |
|---|
| and |
| DeLois Gillespie |

V.

| Washington Metropolitan Area Transit Authority |
|---|
| and |
| Johnny G. Stinson, a.k.a. John G. Stinson |

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01500

JUDGE: Henry H. Kennedy

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 07/29/2005

TO: (Name and address of Defendant)

| Johnny G. Stinson, a.k.a. John G. Stinson |
|---|
| 9701 Cheshire Ridge Circle |
| Manassas, VA  20110 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| Kenneth M. Trombly, P.C. |
|---|
| 1050 17th Street, NW |
| Suite 1250 |
| Washington, DC  20036 |

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JUL 29 2005
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/26/05  3:30 PM |
| NAME OF SERVER (PRINT) EDDIE W. NULL, SR. | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

★ ☐ Other (specify): POSTED CONSPICUOUSLY TO FRONT DOOR OF RESIDENCE, NO SUITABLE PERSON BEING FOUND TO ACCEPT, COPY MAILED US POSTAGE 1ST CLASS, 11/28/2005, TO JOHN L. STINSON 9701 CHESHIRE RIDGE CIRCLE, MANASSAS, VA 20110

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/5/2005
Date

Signature of Server
WASHINGTON PRE-TRIAL SERVICES, INC

Address of Server
WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

★ PURSUANT TO VIRGINIA CODE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.