```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

DEBBIE DUGAR, et al.,         )
                              )
          Plaintiffs,         )
                              )
     v.                       )   Civil Action No. 05-1500 HHK
                              )
WASHINGTON METROPOLITAN       )
AREA TRANSIT AUTHORITY,       )
et al.,                       )
                              )
          Defendants.         )
                              )
_____)
```

CONSENT MOTION FOR AN EXTENSION OF TIME FOR
DEFENDANT JOHNNY G. STINSON TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant Johnny G. Stinson, by undersigned counsel,[1] hereby requests that the time for his answer or other response to the complaint be extended to January 26, 2006. Plaintiff's counsel has consented to this motion. The extension of time is sought so that a decision can be made as to whether defendant Stinson was, at the time of the accident alleged in the complaint, acting within the scope of his employment with the federal government. If it is determined that defendant Stinson was so acting, then an appropriate certification of that fact will be filed with the Court, and the case will then proceed as an action against the

---

[1] Undersigned counsel are appearing as counsel for defendant Stinson for the sole purpose of seeking an extension of time so that the decision can be made on whether defendant Stinson was, at the time of the accident alleged in the complaint, acting within the scope of his employment with the federal government.

United States, rather than as an action against defendant Stinson.

Attached is a draft order reflecting the requested extension of time.

                               Respectfully submitted,

                               KENNETH L. WAINSTEIN, DC Bar # 451058
United States Attorney

R. CRAIG LAWRENCE, DC Bar # 171538
Assistant United States Attorney

FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

DEBBIE DUGAR, et al.,             )
                                  )
            Plaintiffs,            )
                                  )
      v.                          )   Civil Action No. 05-1500 HHK
                                  )
WASHINGTON METROPOLITAN           )
AREA TRANSIT AUTHORITY,           )
et al.,                           )
                                  )
            Defendants.           )
                                  )
_____)

## ORDER

UPON CONSIDERATION of the consent motion filed by defendant Stinson for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2006,

ORDERED that defendant Stinson shall have to, and including, January 26, 2006, to answer or otherwise respond to the complaint in this action.

                                    _____
                                    UNITED STATES DISTRICT JUDGE
Copies to counsel of record