IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DEBBIE DUGAR, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No: 05-1500 (HHK) |
| ) | |
| **WASHINGTON METROPOLITAN AREA** ) | |
| **TRANSIT AUTHORITY, et al.** ) | |
| ) | |
| Defendants. ) | |

## WESTFALL CERTIFICATION

I, R. Craig Lawrence, Acting Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in Dugar, et al. v. Washington Metropolitan Area Transit Authority, et al., pending in the United States Court for the District of Columbia, Civil Action No. 05-1500 (filed July 29, 2005). On the basis of the information now available to me with respect to the incident alleged therein, I find that defendant Johnny G. Stinson was acting within the scope of his employment as an employee of the United States at the time of the alleged incident.

January 26, 2006

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney
Chief, Civil Division