UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBBIE DUGAR, *et al.* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 1:05 CV 01500 (HHK) |

### PLAINTIFFS' RULE 26(A)(2) STATEMENT

Phillip Bussey, Ph.D., CRC, of Bussey, Davis & Associates, Inc., 9500 Annapolis Road, Suit B-6, Lanham, Maryland, 20706, is an expert in vocational rehabilitation. He is expected to offer opinions on the effect of the alleged injuries sustained by Plaintiff Delois Gillespie in the August 2, 2002 occurrence on her employability and earnings capacity. Dr. Bussey is expected to opine, in part, that the occurrence has left Ms. Gillespie with permanent impairments to the use she can make of her body, which have diminished her earnings capacity. Dr. Bussey is expected to rely on his knowledge and experience in the field of vocational rehabilitation, as well as his evaluation of Ms. Gillespie and his examination of discovery materials and documents produced in this case. His report, which has been supplied to defense counsel, is incorporated by reference.

Richard B. Edelman, Ph.D., of 8515 Whittier Boulevard, Bethesda, Maryland, 20817, is an expert in the field of financial and economic analysis. He is expected to offer opinions on the value of Plaintiff Delois Gillespie's after-tax lost income and benefits as a result of the alleged injuries she sustained in the August 2, 2002 occurrence. Dr. Edelman is expected to opine, in part, that as a result of the occurrence, Ms. Gillespie has and will experience significant lost income and benefits. Dr. Edelman is expected to rely on publications of the United States

Department of Commerce, United States Department of Health and Human Services, United States Department of Labor, United States Treasury, Internal Revenue Service and other publications, as well as his knowledge and experience in the field and his examination of discovery materials and documents produced in this case. His report, which has been supplied to defense counsel, is incorporated by reference.

Richard S. Meyer, M.D., of Phillips & Green, M.D., 2600 Virginia Avenue, Northwest, Suite 604, Washington, D.C., 20037, is an orthopedic surgeon who has treated Plaintiff Delois Gillespie in connection with the injuries she allegedly sustained as a result of the incident giving rise to this lawsuit. He is expected to offer opinions regarding mechanism of injury, nature of injury, reasonableness and need for treatment, proximate cause, permanency, disability and related areas. He will rely on his examinations and treatment of plaintiff, as well as his review of medical records and his experience in the field. His reports, which have been supplied to defense counsel, are incorporated by reference.

The following individuals are fact witnesses who have treated Plaintiff Delois Gillespie and who may also be asked to offer opinions as to plaintiff's mechanism of injury, nature of injury, reasonableness and need for treatment, proximate cause, permanency, disability and related issues:

>  Fredric L. Salter, M.D.
>  Phillips & Green, M.D.
>  2600 Virginia Ave., NW
>  Suite 604
>  Washington, DC 20037
>
>  Robert J. Brumback, M.D.
>  Greater Chesapeake Orthopaedic Associates, P.A.
>  3333 North Calvert Street
>  Suite 400
>  Baltimore, MD 21218

                              Respectfully submitted,

                              _____/s/_____  
                              Kenneth M. Trombly, 199547  
                              1050 17th Street, NW  
                              Suite 1250  
                              Washington, DC 20036  
                              (202) 887-5000

                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2006, copies of the foregoing Plaintiffs' Rule 26(a)(2) Statement were hand delivered to:

Fredric H. Schuster  
Washington Metro Area Transit Authority  
600 Fifth Street, NW  
Washington, DC 20001

*Counsel for Defendant WMATA*

Wyneva Johnson  
Assistant United States Attorney  
Judiciary Center Bldg.  
555 4th St., NW, Civil Division  
Washington, DC 20530

*Counsel for Defendant United States*

                              _____/s/_____  
                              Kenneth M. Trombly