UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBBIE DUGAR, *et al.* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 1:05 CV 01500 (HHK) |

## CERTIFICATE OF DISCOVERY

I hereby certify that copies of Plaintiffs' Expert's Written Reports were hand delivered this 11th day of August, 2006, to defense counsel, and that I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

/s/
Kenneth M. Trombly, #199547
1050 17th Street, N.W.
Suite 1250
Washington, D.C. 20036
(202) 887-5000

*Attorney for Plaintiff*