UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEBBIE DUGAR, *et al.* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, *et al.* )<br>)<br>Defendants. ) | Case No. 1:05 CV 01500 (HHK) |

### NOTICE OF FILING

I hereby certify that a copy of Plaintiff's Notice of Deposition was mailed by first class mail, postage prepaid, this _11_ day of _Oct_, 2006, to counsel for the defendant, and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

_/s/ Kenneth M. Trombly_
Kenneth M. Trombly, #199547
1050 17th Street, N.W., Suite 1250
Washington, DC 20036
202-887-5000
*Attorney for Plaintiffs*