## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**DEBBIE DUGAR**, *et al.*               :
                                         :
              **Plaintiffs,**            :
                                         :
      **v.**                             :     **Case No. 05–CV-1500 (HHK)**
                                         :
**WASHINGTON METROPOLITAN**              :
**AREA TRANSIT AUTHORITY**, *et al.*     :
                                         :
              **Defendants.**            :
_____          :

## DEFENDANT WMATA'S "CONSENT" MOTION TO MODIFY THE JANUARY 24, 2005 INITIAL SCHEDULING ORDER

Pursuant to LCvR 7 and Fed. R. Civ. P. 6(b), all parties request the Court to modify the May 12, 2006 initial scheduling order deadlines. This is the first extension requested by the parties.

### Memorandum of Points and Authorities

1.     This is a personal injury negligence action arising from a collision between a WMATA bus and a United States Secret Service vehicle. Plaintiffs were bus passengers who claim they were seriously and permanently injured as a result of the collision. Under the present scheduling order, discovery ends on December 12, 2006.

2.     A substantial amount of discovery has already been completed between the parties, including the depositions of both plaintiffs and Secret Service agent Stinson. Experts have been identified and Rule 26(a)(2) expert statements

filed. However, the WMATA bus operator no longer works for WMATA, and the parties are attempting to locate her to take her deposition. Additionally, Plaintiff Gillespie is still trying to obtain records of a prior accident and additional medical records must be procured and then provided experts for further review.

Wherefore the parties all request that discovery and other deadlines be extended for 60 days.

Respectfully submitted,

_____
Fredric H. Schuster, #385326
600 Fifth St., N.W.
Washington, D.C. 20001
(202)-962-2560
Counsel for Defendant  WMATA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically upon all counsel.

_____
Fredric H. Schuster

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **DEBBIE DUGAR**, *et al.* | : |
| | : |
| **Plaintiffs,** | : |
| | : |
| **v.** | :  **Case No. 05–1500 (HHK)** |
| | : |
| **WASHINGTON METROPOLITAN** | : |
| **AREA TRANSIT AUTHORITY**, *et al.* | : |
| | : |
| **Defendants.** | : |

_____ :

## ORDER

Upon the motion of all parties to modify the May 12, 2006, initial scheduling order, it is this _____ day of _____, 2006, ordered that the motion is Granted and the May 12, 2006, initial scheduling order is hereby modified as follows:

All discovery closed:      February 12, 2007

Dispositive Motions:      March 12, 2007

Opp.'s to Dispositive      April 12, 2007
Motions

Responses to oppositions: April 27, 2007

A status conference will still be held on April 27, 2007, at 9:45 a.m.

_____
Henry H. Kennedy, Judge, United
States District Court, D.C.

2