UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBBIE DUGAR and<br>DELOIS GILLESPIE,<br><br>     Plaintiffs,<br><br>    v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY, et al.,<br><br>     Defendants. | Civil Action 05-01500 (HHK) |

**ORDER REFERRING ACTION TO A UNITED STATES MAGISTRATE
JUDGE FOR THE PURPOSE OF MEDIATION**

It is this 30th day of April, 2007, hereby

**ORDERED** that the above captioned case be and is hereby referred to United States Magistrate Judge Alan Kay for the purpose of conducting mediation proceedings, which shall take place between May 14, 2007, and July 13, 2007. The parties are to jointly contact the assigned Magistrate Judge in order to schedule the proceedings.

                 Henry H. Kennedy, Jr.
                 United States District Judge