IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBBIE DUGAR, et al.        )
                            )
         Plaintiffs,        )
                            )
v.                          )   Case No. 1:05CV01500 (HHK)
                            )
WASHINGTON METROPOLITAN     )
AREA TRANSIT AUTHORITY, et al. )
                            )
         Defendants.        )

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE JOINT PRETRIAL STATEMENT

Pursuant to the rules of this Court, counsel for plaintiff and for defendant WMATA move for a brief extension of the date in which to file a joint pretrial statement, so that the filing will be on November 27, 2007 rather than November 23, 2007. Counsel has attempted but been unable to reach counsel for the United States. As grounds therefore the undersigned state as follows.

1. The case is set for trial on December 10, 2007. The pretrial conference is on December 4, 2007.

2. Recently we were advised by counsel for defendant United States of America that she is requesting approval from her superiors for the United States to admit liability in this case. Once the Assistant U.S. Attorney has final approval for this stipulation, then the co-defendant WMATA will be dismissed from the case, the case will no longer be jury demandable, the trial will proceed as a bench trial, and the trial will be on the issue of damages only. This will make the case considerably briefer than what was originally anticipated by all of the parties.

3. We have been unable to obtain final approval of the above stipulation but are hopeful

-1-

that it will be achieved by Monday November 26, 2007.

4. Additionally, given logistical problems surrounding the Thanksgiving holiday and the resulting lack of support personnel available today and Friday, all counsel have run into difficulty in communicating and coordinating the finalizing of a joint pretrial statement. In addition, per the anticipated stipulation, defendant WMATA's input will likely be unnecessary.

Based on the foregoing, we request that the date for submission of the joint pretrial statement be extended to November 27, 2007.

Respectfully submitted,

_____/s/_____
Kenneth M. Trombly, #199547
1050 17th Street, N.W., Suite 1250
Washington, D.C. 20036
(202) 887-5000
Counsel for Plaintiff


_____/s/_____
Fredric H. Schuster, Esq., # 385326)
Washington Metro Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2560
Counsel for Defendant WMATA

*Statement of Points and Authorities*

Fed. R. Civ. P. 7, Local Rule 7

*Statement of good faith efforts*

I certify that Assistant US Attorney, Wyneva Johnson had previously agreed to an extension of the date for filing the joint pretrial statement. However, as we had not yet worked

out the date for when it would be filed, and because I have been unable to reach her by phone since approximately 2:00 pm today, I am filing this motion without her express consent.

/s/<br>
Kenneth M. Trombly

*Certificate of Service*

I certify that a copy of the foregoing was faxed and emailed this 21st day of November to:

Wyneva Johnson, #278515
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

/s/<br>
Kenneth M. Trombly

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBBIE DUGAR, *et al.* ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:05CV1500 (HHK) |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of the motion for extension of time in which to file joint pretrial Statement, good cause appearing to exist, it is this _____ day of _____, 2007 hereby

ORDERED that the joint pretrial statement be and is hereby permitted to be filed on November 27, 2007.


Date_____            _____
                                        HENRY H. KENNEDY
                                        United States District Judge

Copies to:

Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Fredric H. Schuster, Esq.
Washington Metro Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001

Kenneth M. Trombly
1050 17th Street, N.W., Suite 1250
Washington, D.C. 20036