UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE DUGAR,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.:1:05-CV01500 |
| ) | HHK |
| **WASHINGTON METROPOLITAN AREA** ) | |
| **TRANSIT AUTHORITY (WMATA),** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

### STIPULATION OF DISMISSAL

Defendant the United States has stipulated to liability in this matter. The only remaining issue is damages. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Debbie Dugar and Delois Gillespie hereby dismiss their complaint against WMATA with prejudice. A non-jury trial shall proceed against Defendant United States only.

Respectfully submitted,

_____/s/_____
Fredric H. Schuster  #385326
WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
Associate General Counsel
Attorney for Defendant WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-2560

_____/s/_____
Kenneth M. Trombly, #199547
1050 17th St., N.W., Suite 1250
Washington, D.C.. 20036
(202) 887-5000
Attorney for Plaintiffs

_____/s/_____
Jeffrey A. Taylor #498610
United States Attorney


_____/s/_____
Rudolph Contreras, # 434122
Assistant United States Attorney

_____/s/_____
Wyneva Johnson, Bar # 278515
Assistant United States Attorney
Attorneys for Defendant United States
Judiciary Center Building
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7224