IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBBIE DUGAR, et. al. )<br>)<br>        Plaintiffs,  )<br>)<br>    v.        )<br>)<br>WASHINGTON METROPOLITAN AREA )<br>TRANSIT AUTHORITY, et al.  )<br>)<br>        Defendants.  )<br>)<br>_____) | Civil Action No. 05-1500 (HHK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as co-counsel of record for the Defendant United States of America in the above-captioned case, with Assistant United States Attorney Wyneva Johnson.

Respectfully submitted,

__/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 3rd day of December, 2007, the foregoing *Notice of Appearance* was served upon Plaintiffs' counsel pursuant to the Court's Electronic Case Filing System, addressed to:

>Kenneth M. Trombly
>Schultz & Trombly, PLLC
>1050 17th St., N.W.
>Suite 1250
>Washington, D.C. 20036

>__/s/_____
>JONATHAN C. BRUMER, D.C. BAR # 463328
>Special Assistant United States Attorney
>555 Fourth Street, N.W., Room E4815
>Washington, D.C. 20530
>(202) 514-7431
>(202) 514-8780 (facsimile)