# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DEBBIE DUGAR,** | : | |
| **DELOIS GILLESPIE,** | : | |
| | : | |
| | : | |
| Plaintiffs, | : | Case No.: 1: 05 CV 01500 |
| | : | Judge Kennedy |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## CONSENT MOTION TO EXTEND FILING DEADLINES BY ONE WEEK

Plaintiffs, with consent of the defendant, seek one week extensions of time in which to file the proposed findings of fact and conclusions of law. In support of this motion, plaintiffs rely on the accompanying memorandum of points and authorities.

Respectfully submitted,

/s/

Kenneth M. Trombly #02822
Schultz & Trombly, PLLC
1050 17th Street, NW
Suite 1250
Washington, DC 20036
(202) 887-5000
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DEBBIE DUGAR,** | : | |
| **DELOIS GILLESPIE,** | : | |
| | : | |
| | : | |
| Plaintiffs, | : | Case No.: 1: 05 CV 01500 |
| | : | Judge Kennedy |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
## OF CONSENT MOTION TO EXTEND FILING DEADLINES BY ONE WEEK

Come now the plaintiffs, by and through counsel, in support of their motion, and state as follows;

1. A change in administrative support staff at the office of the plaintiffs' attorney resulted in an unanticipated delay in requesting the transcription of the trial proceedings.

2. Additionally, the combination of depositions and various deadlines in other matters have hampered our ability to conclude the final drafting of plaintiffs' proposed findings of fact and conclusions of law, currently due on February 15, 2008.

3. The undersigned has spoken with defense counsel, who has consented to a one week extension for plaintiffs' filing, with a corresponding one week extension of the date for defendant's filing.

WHEREFORE, plaintiffs request that the filing deadline be modified by one week, so that the due date for the plaintiffs' and defendant's proposed findings of fact and conclusions of law will be February 22, 2007 and March 25, 2007, respectively.

Respectfully submitted,

/s/

Kenneth M. Trombly #02822
Schultz & Trombly, PLLC
1050 17th Street, NW
Suite 1250
Washington, DC 20036
(202) 887-5000
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February, 2008, a copy of the foregoing consent motion to extednf filing deadlines by one week was mailed first class, postage prepaid and transmitted via email to:

Wyneva Johnson
Assistant United States Attorney
Judiciary Center Bldg.
555 4th St., NW, Civil Division
# E-4106
Washington, DC 20530
*Counsel for Defendant United States*

_____/s/_____
Kenneth M. Trombly

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE DUGAR,** **DELOIS GILLESPIE,** | : : : : |
| Plaintiffs, | : : Case No.: 1: 05 CV 01500 : Judge Kennedy |
| v. | : : |
| **UNITED STATES OF AMERICA** | : : |
| Defendant. | : : : |

## ORDER

UPON CONSIDERATION of the consent motion to extend filing deadlines, good cause appearing to exist, it is this _____ day of _____, 2008 hereby

ORDERED that the date for the filing of plaintiffs' proposed findings of fact and conclusions of law be and is hereby extended to February 22, 2008, and that the date for the filing of defendant's proposed findings of fact and conclusions of law be and is hereby extended to March 25, 2008.

Date_____

_____
Henry H. Kennedy, Jr.
United States District Judge

Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Fredric H. Schuster, Esq.
Washington Metro Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001

Kenneth M. Trombly
1050 17th Street, N.W., Suite 1250
Washington, D.C. 20036