UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE DUGAR, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**WASHINGTON METROPOLITAN AREA** )<br>**TRANSIT AUTHORITY, et al.,** )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 05-1500 (HHK)<br>ECF |

**UNOPPOSED MOTION FOR EXTENSION TO FILE DEFENDANT UNITED STATES'
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Defendant United States, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including April 2, 2008 to file Defendant United States' Proposed Findings of Fact and Conclusions of Law. Plaintiff's counsel has no objection to this request for enlargement of time.

Due to litigation in other matters, including Menoken v. Springer, C.A. No. 03-1775 (HHK), Counsel has been and will be unable to complete the preparation of Defendant United States' Proposed Findings of Fact and Conclusions of Law by March 25, 2008. Therefore, Defendant United States seeks this additional time to file up to and until April 2, 2008.

This request for enlargement is made in good faith and in no way designed to delay the proceedings.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

__ /s/ _____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530