UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE DUGAR, et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1500 (HHK) |
| | ) ECF |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al.,** | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION OF Defendant United States' Unopposed Motion for Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant United States' Unopposed Motion for Enlargement of Time is GRANTED.

It is FURTHER ORDERED that Defendant United States may file the Proposed Findings of Fact and Conclusions of Law by April 2, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE