UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE DUGAR, et al.,** )<br>)<br>        **Plaintiffs,** )<br>)<br>    v. )<br>)<br>**WASHINGTON METROPOLITAN AREA** )<br>**TRANSIT AUTHORITY, et al.,** )<br>)<br>        **Defendants.** )<br>)<br>_____ ) | Civil Action No. 05-1500 (HHK) |

**CONSENT MOTION FOR EXTENSION TO FILE DEFENDANT UNITED STATES'
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Defendant United States, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including April 4, 2008 to file Defendant United States' Proposed Findings of Fact and Conclusions of Law. Plaintiff's counsel consents to this request for enlargement of time.

The findings of fact and conclusions of law are substantially complete. However, unexpected sick leave on March 31 and April 1, 2008 has delayed final editing and supervisory review. Therefore, Defendant United States seeks this additional time to file up to and including April 4, 2008.

This request for enlargement is made in good faith and in no way designed to delay the proceedings.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

\_\_ /s/ _____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530