UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEBBIE DUGAR, <u>et</u> <u>al.</u>,** | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-1500 (HHK) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, <u>et</u> <u>al.</u>,** | ) |
| Defendants. | ) |

## ORDER

UPON CONSIDERATION OF the Consent Motion for Extension to File Defendant United States' Proposed Findings of Fact and Conclusions of Law, and for good cause shown, it is hereby

ORDERED that Defendant United States' motion is GRANTED.

It is FURTHER ORDERED that Defendant United States may file the Proposed Findings of Fact and Conclusions of Law by April 4, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE