UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEBBIE DUGAR, et al., )
 )
 )
          Plaintiffs, )
 )
v. ) Civil Action No. 05-1500 (HHK)
 )
WASHINGTON METROPOLITAN AREA )
TRANSIT AUTHORITY, et al., )
 )
          Defendants. )

## STIPULATION

Pursuant to this Court's July 16, 2008 Memorandum and Order, the parties have agreed that the amount of lost wages for plaintiff Delois Gillespie is $112,725.00.

_Kenneth Trombly_
KENNETH M. TROMBLY #199647
Schultz & Trombly, PLLC
1050 17th Street, NW
Washington, DC 20036
(202) 887-5000

Attorney for Plaintiffs

Respectfully submitted,

_Jeffrey A. Taylor_
JEFFREY A. TAYLOR
D.C. BAR #498610
United States Attorney

_Rudolph Contreras_
RUDOLPH CONTRERAS
D.C. Bar # 434122
Assistant United States Attorney

_Wyneva Johnson_
WYNEVA JOHNSON
DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530

Attorneys for Defendant
United States of America