UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBBIE DUGAR and<br>DELOIS GILLESPIE,<br><br>          Plaintiffs,<br><br>          v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY, et al.,<br><br>          Defendants. | Civil Action 05-01500 (HHK) |

## JUDGMENT

On July 16, 2008, this court issued findings of fact and conclusions of law in the above-captioned case [#26]. In accordance with these findings of fact and conclusions of law, it is this 9th day of September 2008 hereby

**ORDERED** and **ADJUDGED** that, with respect to the claims asserted by Debbie Dugar, judgment is entered in favor of Debbie Dugar and against the United States for $14,256, which includes: (1) $2,174 for lost earnings; (2) $2,082 for medical expenses; and (3) $10,000 for pain and suffering.

                                                                                         Henry H. Kennedy, Jr.
                                                                                         United States District Judge