UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEBBIE DUGAR and<br>DELOIS GILLESPIE,<br><br>           Plaintiffs,<br><br>           v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY, et al.,<br><br>           Defendants. | Civil Action 05-01500 (HHK) |

## JUDGMENT

On July 16, 2008, this court issued findings of fact and conclusions of law in the above-captioned case [#26]. On August 29, 2008, the parties submitted a stipulation to this court as to the amount of lost earnings incurred by Delois Gillespie [#27]. In accordance with these findings of fact and conclusions of law, and in accordance with the parties' stipulation, it is this 9th day of September 2008 hereby

**ORDERED** and **ADJUDGED** that, with respect to the claims asserted by Delois Gillespie, judgment is entered in favor of Delois Gillespie and against the United States for $222,212.56, which includes: (1) $112,725 for lost earnings; (2) $19,487.86 for medical expenses; and (3) $90,000 for pain and suffering.

Henry H. Kennedy, Jr.<br>United States District Judge